# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Tashanda Burton v. University of Illinois Chicago Hospital | FILED: JULY 7, 2008<br>08CV3844<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE SCHENKIER<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Tashanda Burton

| NAME (Type or print) |
|---|
| Uche O. Asonye |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Uche O. Asonye |

| FIRM |
|---|
| Asonye and Associates |

| STREET ADDRESS |
|---|
| 11 South LaSalle Street, Suite 2140 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209522 | 312-795-9110 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐