UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TASHANDA BURTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-03844 |
| | ) | |
| BOARD OF TRUSTEES OF | ) | Judge Pallmeyer |
| THE UNIVERSITY OF ILLINOIS, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | Jury Demanded |

## NOTICE OF MOTION

TO:  Uche O. Asonye
     Mark Pando                          *Electronically via CM/ECF System*
     Asonye & Associates
     11 South LaSalle Street, Suite 2140
     Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on **September 3, 2008** at **8:45 a.m.**, or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Judge Pallmeyer, or any judge sitting in her stead, in Room 2119, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present **Defendant's Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you.

                                           *s/ Timothy A. Wolfe*
                                           One of the Attorneys for Defendant

Joseph E. Tilson
Timothy A. Wolfe
Meckler Bulger Tilson Marick & Pearson, LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Tel:   312/474-7900
Fax:   312/474-7898

## CERTIFICATE OF SERVICE

   The undersigned attorney certifies that on **August 28, 2008** the above-referenced documents were served upon the individuals to whom the Notice is directed as indicated.

                                           *s/ Timothy A. Wolfe*
                                           One of the attorneys for Defendant

M:\12642\pleading\ILND\MOT-Dismiss.01(NOM).doc