U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                           Case Number:   08-cv-03844

Tashanda Burton, Plaintiff,

    -v-

Board of Trustees of the University of Illinois, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Defendant

| |
|---|
| NAME  (Type or print)   Joseph E. Tilson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>   /s/    Joseph E. Tilson |
| FIRM          Meckler Bulger Tilson Marick & Pearson |
| STREET ADDRESS     123 N. Wacker Drive., Suite 1800 |

| CITY/STATE/ZIP<br><br>Chicago, IL  60606 | TELEPHONE NUMBER<br><br>312/474-7900 (office)  312/474-7898 (fax) |
|---|---|

| |
|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        03128988 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |