# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3844 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Tashanda Burton vs. University of Illinois Chicago Hospital | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to dismiss [12] granted without prejudice to personal service. Status hearing set for 9/15/2008 stricken and reset to 9/29/2008 at 8:45.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|